**[J-96-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 814 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | November 14, 2023, in the Court of |
| | : | Common Pleas of Bradford County, |
| v. | : | Criminal Division, at No. CP-08-CR- |
| | : | 0000309-1995. |
| | : | |
| JOHN JOSEPH KOEHLER, JR., | : | SUBMITTED:  November 7, 2024 |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**                                                    **FILED: February 19, 2025**

    **AND NOW,** this 19th day of February, 2025, the Order of the Court of Common Pleas of Bradford County dismissing Appellant's petition under the Post Conviction Relief Act is **AFFIRMED**.